**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1835**

---

VICKIE L. MCIVER ROBERTS,

Plaintiff - Appellant,

versus

BAPTIST HOSPITAL, Director, Employee
Relations; GOODWILL SERVICES, INCORPORATED;
NORTH CAROLINA DIVISION OF VOCATIONAL
REHABILITATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. Frank W. Bullock, Jr.,
Senior District Judge. (1:06-mc-00059-FWB)

---

Submitted: December 29, 2006      Decided: January 18, 2007

---

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Vickie L. McIver Roberts, Appellant Pro Se. Kristine Marie Howard,
Penni Pearson Bradshaw, CONSTANGY, BROOKS & SMITH, LLC, Winston-
Salem, North Carolina; Dorothy Powers, NORTH CAROLINA DEPARTMENT OF
JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vickie L. McIver Roberts appeals the district court's order denying leave to file a new civil action pursuant to the district court's prior order imposing a prefiling injunction. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Roberts v. Baptist Hosp., No. 1:06-mc-00059-FWB (M.D.N.C. July 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED